# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 10-20759 | **Trustee Name:** | Randall L. Frank |
| **Case Name:** | TRANSLOGIC AUTO CARRIERS LLC | **Date Filed (f) or Converted (c):** | 03/02/2010 (f) |
| **For the Period Ending:** | 06/30/2014 | **§341(a) Meeting Date:** | 06/22/2010 |
| | | **Claims Bar Date:** | 07/28/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Outstanding accounts receiveable | $1,091,714.00 | $134.34 | | $341.34 | FA |
| 2 | Claim for 5% of monthly billable revenue from United Road Services, Inc. pursuant to sale of Berlin Volkswagen contract. | $0.00 | $200,000.00 | | $0.00 | FA |
| 3 | Claims for unauthorized transfers made by Rick Coley to himself and affiliates. | $341,946.00 | $341,946.00 | | $0.00 | FA |
| 4 | Dodge Charger in the possession of Rick Coley. | $9,500.00 | $9,500.00 | | $9,500.00 | FA |
| 5 | Mass. Pref. against William Cutler (u) | $30,400.00 | $30,400.00 | | $30,400.00 | FA |
| 6 | Potential Claim against GM (u) | $493,362.15 | $100,000.00 | | $100,000.00 | FA |
| 7 | Potential Claim against Chrysler (u) | $208,008.14 | $90,000.00 | | $95,000.00 | FA |
| 8 | Potential Claim against Ford (u) | $210,756.00 | $150,000.00 | | $150,000.00 | FA |
| 9 | Midwestern Car Carriers/Randall Wills (u) | $1,500.00 | $1,500.00 | | $1,500.00 | FA |
| 10 | Lynn Tetro (u) | $20,000.00 | $20,000.00 | | $0.00 | $20,000.00 |
| INT | Interest Earned (u) | Unknown | Unknown | | $2.87 | FA |

**TOTALS (Excluding unknown value)** | | $2,407,186.29 | $943,480.34 | | $386,744.21 | **Gross Value of Remaining Assets** $20,000.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 06/22/2013 | Reviewing collectability of defendants to determine cost benefit of proceeding forward with remaining 547 Actions that appear to have significant defenses. |
| 06/27/2012 | Administering various avoidance actions. |
| 06/21/2011 | Involuntary case. Investigating estate's interest in various assets. Still administering a Dodge Charger, anticipate sale yet in 2011. |
| 03/30/2011 | Investigating avoidance actions. |
| 09/28/2010 | Awaiting receipt of additional documentation from debtor, debtor's financial advisor and bank. 2004 Exam has been continued, pending receipt of the of duoments to determine collectability of accounts receivable, lien status of secured creditor and to determine potential Ch. 5 Recoveries. |

**Initial Projected Date Of Final Report (TFR):** 12/31/2011   **Current Projected Date Of Final Report (TFR):** 11/15/2014   /s/ RANDALL L. FRANK

RANDALL L. FRANK

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| Case No. | 10-20759 | |
| Case Name: | TRANSLOGIC AUTO CARRIERS LLC | |
| Primary Taxpayer ID #: | **-***9275 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 07/01/2013 | |
| For Period Ending: | 06/30/2014 | |

| | |
|---|---|
| Trustee Name: | Randall L. Frank |
| Bank Name: | The Bank of New York Mellon |
| Money Market Acct #: | ******0465 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/02/2010 | (1) | RAB Express | Receivable | 1221-000 | $67.62 | | $67.62 |
| 08/24/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $67.62 | $0.00 |

| | | | |
|---|---|---|---|
| TOTALS: | | $67.62 | $67.62 | $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $67.62 | |
| Subtotal | | $67.62 | $0.00 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $67.62 | $0.00 | |

| For the period of 07/01/2013 to 06/30/2014 | | For the entire history of the account between 08/02/2010 to 6/30/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $67.62 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $67.62 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $67.62 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | | |
|---|---|---|
| **Case No.** | 10-20759 | **Trustee Name:** Randall L. Frank |
| **Case Name:** | TRANSLOGIC AUTO CARRIERS LLC | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | **-***9275 | **Money Market Acct #:** ******0759 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** MMA |
| **For Period Beginning:** | 07/01/2013 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 06/30/2014 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/24/2010 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $67.62 | | $67.62 |
| 11/29/2010 | (1) | Marlin Leasing | Receivable | 1221-000 | $66.72 | | $134.34 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.01 | | $134.35 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.01 | | $134.36 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.01 | | $134.37 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.01 | | $134.38 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.01 | | $134.39 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.01 | | $134.40 |
| 06/02/2011 | (5) | Clarkin Sawyer & Phillips PC | Turnover of Mass. Settlement | 1241-000 | $30,400.00 | | $30,534.40 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.05 | | $30,535.45 |
| 07/29/2011 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.30 | | $30,536.75 |
| 08/12/2011 | (INT) | Sterling Bank | Interest Earned For August 2011 | 1270-000 | $0.46 | | $30,537.21 |
| 08/12/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $30,537.21 | $0.00 |

10-20759-dob    Doc 229    Filed 10/30/14    Entered 10/30/14 10:37:16    Page 3 of 9

**SUBTOTALS** $30,537.21 $30,537.21

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | | |
|---|---|---|
| **Case No.** | 10-20759 | |
| **Case Name:** | TRANSLOGIC AUTO CARRIERS LLC | |
| **Primary Taxpayer ID #:** | **-***9275 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2013 | |
| **For Period Ending:** | 06/30/2014 | |

| | |
|---|---|
| **Trustee Name:** | Randall L. Frank |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******0759 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | |
|---|---|---|---|
| **TOTALS:** | $30,537.21 | $30,537.21 | $0.00 |
| **Less: Bank transfers/CDs** | $67.62 | $30,537.21 | |
| Subtotal | $30,469.59 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| Net | $30,469.59 | $0.00 | |

**For the period of 07/01/2013 to 06/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/24/2010 to 6/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $30,469.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,469.59 |
| Total Internal/Transfer Receipts: | $67.62 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $30,537.21 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 10-20759 | Trustee Name: | Randall L. Frank |
|---|---|---|---|
| Case Name: | TRANSLOGIC AUTO CARRIERS LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***9275 | Checking Acct #: | ******0414 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 07/01/2013 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/12/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $30,537.21 | | $30,537.21 |
| 09/15/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.79 | $30,505.42 |
| 09/23/2011 | (4) | Century Asset Management, Inc | Auction of Car per c/o | 1129-000 | $9,500.00 | | $40,005.42 |
| 10/17/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $50.13 | $39,955.29 |
| 11/15/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $129.04 | $39,826.25 |
| 11/16/2011 | | Bank of Texas | Reverse Bank Service Fee | 2600-000 | | ($64.52) | $39,890.77 |
| 12/14/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $62.34 | $39,828.43 |
| 12/29/2011 | 5001 | Myers Reese | Bond Payment | 2300-000 | | $61.65 | $39,766.78 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $64.31 | $39,702.47 |
| 02/01/2012 | 5002 | Century Asset Management, Inc. | Voided to Correct detailed memo | * | | $1,774.19 | $37,928.28 |
| | | | Compensation ($950.00) | 3610-003 | | | $37,928.28 |
| | | | Expenses ($824.19) | 3620-000 | | | $37,928.28 |
| 02/01/2012 | 5002 | VOID: Century Asset Management, Inc. | Voided to Correct detailed memo | * | | ($1,774.19) | $39,702.47 |
| | | | Compensation $950.00 | 3610-003 | | | $39,702.47 |
| | | | Expenses $824.19 | 3620-003 | | | $39,702.47 |
| 02/01/2012 | 5003 | Century Asset Management, Inc. | Auctioneer Fees & Expenses per c/o 10/17/11 | * | | $1,774.19 | $37,928.28 |
| | | | Fees ($950.00) | 3610-000 | | | $37,928.28 |
| | | | Expenses ($824.19) | 3620-000 | | | $37,928.28 |
| 02/08/2012 | (1) | Hilltop, Inc. | Accounts Receivable | 1221-000 | $672.84 | | $38,601.12 |
| 02/08/2012 | (1) | Law Office of Lloyd & McDaniel | Accounts Receivable | 1221-000 | $207.00 | | $38,808.12 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $64.00 | $38,744.12 |
| 02/21/2012 | 5004 | Bienenstock Court Reporting | Court Reporter Services | 2990-000 | | $190.00 | $38,554.12 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.75 | $38,495.37 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $60.97 | $38,434.40 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.86 | $38,375.54 |
| | | | | SUBTOTALS | $40,917.05 | $2,541.51 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 10-20759 | Trustee Name: | Randall L. Frank |
|---|---|---|---|
| Case Name: | TRANSLOGIC AUTO CARRIERS LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***9275 | Checking Acct #: | ******0414 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 07/01/2013 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $60.71 | $38,314.83 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.66 | $38,256.17 |
| 07/27/2012 | (1) | DEP REVERSE: Hilltop, Inc. | Accounts Receivable | 1221-000 | ($672.84) | | $37,583.33 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $60.53 | $37,522.80 |
| 09/07/2012 | (9) | Midwestern Car Carriers/Randall Wills | Settlement with Midwestern Car Carriers | 1110-000 | $1,500.00 | | $39,022.80 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $60.43 | $38,962.37 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $60.03 | $38,902.34 |
| 11/02/2012 | (8) | Strobl & Sharp | Settlement with Ford | 1149-000 | $150,000.00 | | $188,902.34 |
| 11/13/2012 | 5005 | Fifth Third Bank | Share Agreement Order 7/5/12. Ford Settlement per c/o 10/26/12 | 4210-000 | | $43,330.88 | $145,571.46 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $62.65 | $145,508.81 |
| 12/10/2012 | 5006 | Strobl & Sharp, PC | Special Counsel for Trustee per c/o 12/05/12 | * | | $63,338.25 | $82,170.56 |
| | | | Fees ($57,774.50) | 3210-600 | | | $82,170.56 |
| | | | Expenses ($5,563.75) | 3220-610 | | | $82,170.56 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $258.49 | $81,912.07 |
| 12/26/2012 | 5007 | Lambert Leser | Atty Trustee Fees & Expenses per c/o 12/20/12 | * | | $44,126.84 | $37,785.23 |
| | | | Fees ($40,225.00) | 3210-000 | | | $37,785.23 |
| | | | Expenses ($3,901.84) | 3220-000 | | | $37,785.23 |
| 01/09/2013 | 5008 | Myers-Reese | Blanket Bond | 2300-000 | | $65.33 | $37,719.90 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $165.58 | $37,554.32 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $60.79 | $37,493.53 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.69 | $37,438.84 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $60.45 | $37,378.39 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.40 | $37,319.99 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $60.22 | $37,259.77 |
| | | | | SUBTOTALS | $150,827.16 | $151,942.93 | |

| Case No. | 10-20759 | | | Trustee Name: | Randall L. Frank |
|---|---|---|---|---|---|
| Case Name: | TRANSLOGIC AUTO CARRIERS LLC | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***9275 | | | Checking Acct #: | ******0414 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2013 | | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.18 | $37,201.59 |
| 07/31/2013 | (6) | General Motors | Settlement with GM | 1149-000 | $100,000.00 | | $137,201.59 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $60.03 | $137,141.56 |
| 08/01/2013 | 5009 | McDonald & Associates, CPA's | Acct Trustee Fees per c/o 3/05/13 | 3410-000 | | $2,968.25 | $134,173.31 |
| 08/20/2013 | 5010 | Bodman Law | 50% of Mediation - Invoice #480683 | 3721-000 | | $200.00 | $133,973.31 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $210.10 | $133,763.21 |
| 08/30/2013 | 5011 | Fifth Third Bank | Pursuant to c/o 07/05/12 | 4210-000 | | $10,000.00 | $123,763.21 |
| 09/04/2013 | (7) | Chrysler | Chrysler Settlement | 1249-000 | $95,000.00 | | $218,763.21 |
| 09/04/2013 | 5012 | Fifth Third Bank | Chrysler Settlement per Share Agreement in c/o 7/25/13 | 4210-000 | | $21,000.00 | $197,763.21 |
| 09/04/2013 | 5013 | Fifth Third Bank | GM Settlement per c/o 7/15/13 | 4210-000 | | $10,000.00 | $187,763.21 |
| 09/04/2013 | 5013 | VOID: Fifth Third Bank | Voided check | 4210-003 | | ($10,000.00) | $197,763.21 |
| 09/26/2013 | 5014 | Strobl & Sharp, PC | Special Counsel to Trustee Fees per c/o 9/9/13 | 3210-600 | | $25,000.00 | $172,763.21 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $305.95 | $172,457.26 |
| 10/23/2013 | 5015 | Lambert Leser | Atty Trustee Fees & Expenses per c/o 10/11/13 | * | | $76,447.97 | $96,009.29 |
| | | | Fees ($76,264.00) | 3210-000 | | | $96,009.29 |
| | | | Expenses ($183.97) | 3220-000 | | | $96,009.29 |
| 10/23/2013 | 5016 | Strobl & Sharp, PC | Special Counsel Fees per c/o 10/10/13 | 3210-600 | | $33,000.00 | $63,009.29 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $234.43 | $62,774.86 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $98.03 | $62,676.83 |
| 12/20/2013 | 5017 | Myers-Reese Insurance Agency | Blanket Bond | 2300-000 | | $95.15 | $62,581.68 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $101.11 | $62,480.57 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $100.82 | $62,379.75 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $90.92 | $62,288.83 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $100.51 | $62,188.32 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $97.11 | $62,091.21 |
| SUBTOTALS | | | | | $195,000.00 | $170,168.56 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 7

| | | |
|---|---|---|
| Case No. | 10-20759 | |
| Case Name: | TRANSLOGIC AUTO CARRIERS LLC | |
| Primary Taxpayer ID #: | **-***9275 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 07/01/2013 | |
| For Period Ending: | 06/30/2014 | |

| | |
|---|---|
| Trustee Name: | Randall L. Frank |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******0414 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $100.19 | $61,991.02 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $96.80 | $61,894.22 |
| | | | TOTALS: | | $386,744.21 | $324,849.99 | $61,894.22 |
| | | | Less: Bank transfers/CDs | | $30,537.21 | $0.00 | |
| | | | Subtotal | | $356,207.00 | $324,849.99 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $356,207.00 | $324,849.99 | |

**For the period of 07/01/2013 to 06/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $195,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $195,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $170,307.37 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $170,307.37 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/12/2011 to 6/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $356,207.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $356,207.00 |
| Total Internal/Transfer Receipts: | $30,537.21 |
| | |
| Total Compensable Disbursements: | $324,849.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $324,849.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 8

| | |  | |
|---|---|---|---|
| Case No. | 10-20759 | Trustee Name: | Randall L. Frank |
| Case Name: | TRANSLOGIC AUTO CARRIERS LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***9275 | Checking Acct #: | ******0414 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 07/01/2013 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $386,744.21 | $324,849.99 | $61,894.22 |

**For the period of 07/01/2013 to 06/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $195,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $195,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $170,307.37 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $170,307.37 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/12/2011 to 6/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $386,744.21 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $386,744.21 |
| Total Internal/Transfer Receipts: | $30,604.83 |
| | |
| Total Compensable Disbursements: | $324,849.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $324,849.99 |
| Total Internal/Transfer Disbursements: | $30,604.83 |

/s/ RANDALL L. FRANK

RANDALL L. FRANK